UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024
```

KING SPIDER LLC,

    *Plaintiff*

v.

1692 THEY MISSED ONE SWEATSHIRT, AMIBLVOWA 7-13 DAYS SHIPPING, BATUFARY, BELLINYA, DANGHONGBURANG, GAOYUANZHI, GUANGZHOUYIZUSHANGMAOYOUXIANGONGSI, HAPPYNARAN, HUANGCHACHASHANGHANG, IN.JOY, KOSUSANILL, KUNMINGKOUTIAOSHANGMAOYOUXIANGONGSI, LENERNYG, LIUQINGRONG DIANZI, MEIWEILEYA ONLINE, NOVELTY APPAREL, ONERED, ORZMIC, WOLF CLOTHING STORE, XIAXAIXU, XIONG*STORE, YQWEL, ZENMANCHEN, ZSIIBO DIRECT and 富润发 A/K/A FU RUNFA,

    *Defendants.*

**CIVIL CASE NO.
24-cv-2606 (VM)**

**ORDER ADJOURNING THE SHOW CAUSE HEARING AND EXTENDING THE TEMPORARY RESTRAINING ORDER**

On April 5, 2024, the Court issued a temporary restraining order ("TRO") and ordered Defendants to show cause why a preliminary injunction should not issue on April 19, 2024 at 3:00 p.m. in Courtroom 15B of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York ("Show Cause Hearing"). On April 15, 2024, Plaintiff wrote a letter to the Court requesting modification of the briefing schedule, specifically, the date of the Show Cause Hearing.

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Show Cause Hearing is adjourned to Friday, April 26, 2024 at 4:00 p.m. in Courtroom 15B of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York; and

2) The TRO is extended through April 26, 2024, the new date of the Show Cause Hearing for good cause shown.

**SO ORDERED.**

SIGNED this 17 day of April, 2024, at 4:46 p.m.

_____
Victor Marrero
U.S.D.J.