UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2024

KING SPIDER LLC,

*Plaintiff*

v.

1692 THEY MISSED ONE SWEATSHIRT, AMIBLVOWA 7-13 DAYS SHIPPING, BATUFARY, BELLINYA, DANGHONGBURANG, GAOYUANZHI, GUANGZHOUYIZUSHANGMAOYOUXIANGONGSI, HAPPYNARAN, HUANGCHACHASHANGHANG, IN.JOY, KOSUSANILL, KUNMINGKOUTIAOSHANGMAOYOUXIANGONGSI, LENERNYG, LIUQINGRONG DIANZI, MEIWEILEYA ONLINE, NOVELTY APPAREL, ONERED, ORZMIC, WOLF CLOTHING STORE, XIAXAIXU, XIONG*STORE, YQWEL, ZENMANCHEN, ZSIIBO DIRECT and 富润发 A/K/A FU RUNFA,

*Defendants.*

Case No.
24-cv-2606 (VM)

**ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER AS TO SIX (6) OPPOSING DEFENDANTS**

On April 5, 2024, the Court issued a temporary restraining order ("TRO"). On April 17, 2024, the Court issued an Order modifying and extending the TRO through April 26, 2024. On April 26, 2024, the Court held a show cause hearing, where counsel for Defendants Amiblvowa 7-13 Days Shipping, BelLinya, Happynaran, Kosusanill, Meiweileya Online and orzmic ("Opposing Defendants") appeared, and the Court set a briefing schedule for Opposing Defendants' to file their oppositions to Plaintiff's Application.

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) Opposing Defendants' opposition papers are due no later than May 17, 2024;

2) Plaintiff's reply is due no later than June 7, 2024;

3) The parties shall appear by telephone for a hearing on June 14, 2024, at 3:00 p.m.; and

4) The TRO shall remain in place as to the Opposing Defendants through June 14, 2024, for good cause shown.

**SO ORDERED.**

SIGNED this 26 day of April, 2024, at 6.20 p.m.

_____
Victor Marrero
U.S.D.J.