UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KING SPIDER LLC.,                                                 :
:
                     Plaintiff,                       :
:        24-CV-02606 (JAV)
      -v-                                                        :
:        ORDER
1692 THEY MISSED ONE SWEATSHIRT, et al.,                          :
:
                     Defendants.                      :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      No later than **November 20, 2025**, Plaintiff is **ORDERED** to file a declaration concerning any and all efforts taken to discover physical addresses for service of process against the following Defendants in this case: 1692 They Missed One Sweatshirt, Batufary, Guangzhouyizushangmaoyouxiangongsi, GaoYuanZhi, Happynaran, IN.JOY, Lenernyg, Wolf clothing store, YQWEL, ZSIIBO Direct, 富润发 a/k/a Fu Runfa.  The declaration should include a chart delineating, for each identified Defendant, each and every potential address identified, how each potential address was identified, and any and all efforts taken to investigate the veracity of each address, including but not limited to: internet-based searches about the address, internet-based searches about Defendants, phone calls to associated phone numbers, and in-person visits to the address.  The declaration should also indicate who investigated each address and when, and any relevant qualifications of the investigator.  To the extent that Plaintiffs concluded that service of process to an address would be unsuccessful, the declaration should explain why Plaintiffs reached that conclusion.

SO ORDERED.

Dated: November 7, 2025                                  _____
      New York, New York                           JEANNETTE A. VARGAS
                                                     United States District Judge