UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
KING SPIDER LLC,                                                    :
                                                                   :          24-CV-02606 (JAV)
                                        Plaintiff,                 :
                                                                   :          ORDER DIRECTING
            -v-                                                     :          THE TURNOVER OF
                                                                   :          DEFAULTING
1692 THEY MISSED ONE SWEATSHIRT, et al.,                           :          DEFENDANTS FROM
                                                                   :          AMAZON
                                        Defendants.                :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On November 24, 2025, a hearing was held on Plaintiff's Motion for Default Judgment where defendants did not make an appearance and the Court delivered an oral opinion granting Plaintiff's Motion for Default Judgment as to Defendants: Amiblvowa 7-13 Days Shipping, huangchachashanghang, IN.JOY, Kosusanill, kunmingkoutiaoshangmaoyouxiangongsi, LiuQingRong DianZi, Novelty Apparel, Xiong*Store, YQWEL, and 富润发 a/k/a Fu Runfa (collectively, "Defaulting Defendants").  On the same day, the Court issued an Order and Permanent Injunction granting Plaintiff's Motion for Default Judgment as to the Defaulting Defendants.  ECF No. 63.  The Clerk of Court was directed to enter judgment in favor of Plaintiff and against the Defaulting Defendants.  *Id.*  Plaintiff was awarded a judgment in the amount of $75,000.00 against each of the Defaulting Defendants.  *Id.*

On December 3, 2025, Plaintiff filed a Motion for Turnover Order.  ECF No. 64. Plaintiff's motion requests that the Court issue an order, pursuant to Fed. R. Civ. P. 69(a) and New York C.P.L.R. § 5225, directing the turnover of Defaulting Defendants' Assets held by Amazon, to be applied on account of the judgments in the amount of $75,000.00 against each and every Defaulting Defendant entered on November 24, 2025.  *Id.*

2

The Court, having considered the Memorandum of Law, Declaration of Melissa J. Levine and all accompanying exhibits thereto, hereby GRANTS the Motion for a Turnover Order.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  The restraints on Defaulting Defendants' Financial Accounts held by Amazon are lifted for the sole purpose of effecting the transfer of all Defaulting Defendants' Assets to Plaintiff; and

2.  Amazon shall turn over all of Defaulting Defendants' Assets held in Defaulting Defendants' User Accounts with Amazon, or so much of it as is sufficient to satisfy the judgment to Plaintiff.

SO ORDERED.
Dated: January 12, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2