UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :

KING SPIDER, LLC,                          :

                                          :           24-CV-02606 (JAV)

                        Plaintiff,         :

                                          :         ORDER SCHEDULING
            -v-                        :         DEFAULT JUDGMENT
                                          :         BRIEFING AND HEARING

1692 THEY MISSED ONE SWEATSHIRT, et al.,    :

                                          :

                      Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On **March 19, 2026**, Plaintiff filed a motion for a default judgment as to Defendants Defendants 1692 They Missed One Sweatshirt, Batufary, GaoYuanZhi, Guangzhouyizushangmaoyouxiangongsi, Happynaran, Lenernyg, Wolf clothing store and ZSIIBO Direct. under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 75.

A default judgment is a legal ruling that ends the litigation in favor of a plaintiff as a result of a defendant's failure to respond to a complaint.  Should Plaintiff obtain a default judgment, the Court could grant Plaintiff some or all of the relief requested in the Complaint. Defendants could even be determined to be liable to pay money damages to Plaintiff.  If Defendants do not participate in the lawsuit now, they would likely waive their right to raise factual or legal defenses that they may have to Plaintiff's claims.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **May 8, 2026**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may

be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear for a hearing on the default judgment motion before this Court on **May 26, 2026**, at **12:00pm**, as to why an order should not be issued granting a default judgment against Defendants.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: April 8, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2