**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KING SPIDER LLC,

                                    Plaintiff,

                                                            24 **CIVIL** 2606 (JAV)

                    -against-                      <u>**DEFAULT JUDGMENT**</u>

1692 THEY MISSED ONE SWEATSHIRT, et al.,

                                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated January 12, 2026, Plaintiff's Motion for Default Judgment as to Defendants: Amiblvowa 7-13 Days Shipping, huangchachashanghang, IN.JOY, Kosusanill, kunmingkoutiaoshangmaoyouxiangongsi, LiuQingRong DianZi, Novelty Apparel, Xiong*Store, YQWEL, and 富润发 a/k/a Fu Runfa (collectively, "Defaulting Defendants"); accordingly, judgment is entered in favor of Plaintiff King Spider LLC against Defaulting Defendants in the amount of $75,000.00.

**DATED**: New York, New York
              April 29, 2026

                                    **TAMMI M. HELLWIG**
                                    _____
                                        **Clerk of Court**


                                    BY: _Nesam Dulal_
                                        **Deputy Clerk**