**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KING SPIDER LLC.,

                      Plaintiff,

             -against-

 1692 THEY MISSED ONE SWEATSHIRT, et al.,

                    Defendants.
------------------------------------------------------------------X

                                  24 **CIVIL** 2606 (JAV)

                              **DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated May 26, 2026, and for the reasons set forth in the oral opinion delivered at the hearing held on May 26, 2026, Plaintiff's Motion for Default Judgment is GRANTED as to each of the following Defendants: 1692 They Missed One Sweatshirt, Batufary, GaoYuanZhi. It is FURTHER ORDERED that the 30-day automatic stay on enforcing Plaintiff's judgments, pursuant to Federal Rule of Civil Procedure 62(a), is hereby dissolved. It is FURTHER ORDERED that Plaintiff is granted leave to serve restraining notices on Defaulting Defendants pursuant to N.Y. C.P.L.R. § 5222. Judgment is entered in favor of Plaintiff and against the Defaulting Defendants on Counts I and II of the Complaint. The judgment awards Plaintiff statutory damages under the Lanham Act, 15 U.S.C. § 1117(c), in the amount of $75,000 against each of the Defaulting Defendants. Plaintiff is also awarded post-judgment interest as provided in 28 U.S.C. § 1961(a); accordingly, the case is closed.

**DATED**: New York, New York
        May 27, 2026

                            **TAMMI M. HELLWIG**

                              **Clerk of Court**

                              K. mango

              **BY**: _____
                       **Deputy Clerk**