Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*King Spider LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC, <br><br> *Plaintiff* <br><br> V. <br><br> 1692 THEY MISSED ONE SWEATSHIRT, <br><br> *Defendants* | **CIVIL CASE NO. 24-cv-2606 (JAV)** <br><br> **ORDER FOR RETURN OF** <br><br> **SECURITY BOND** |

The Court, having entered an Order directing the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 28th day of May, 2026, at 10:04 a.m.

HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE