**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KING SPIDER LLC.,

                          Plaintiff,

                                                          24 **CIVIL** 2606 (JAV)

          -against-                                       **AMENDED DEFAULT JUDGMENT**

  1692 THEY MISSED ONE SWEATSHIRT, et al.,

                          Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's

Order dated May 26, 2026, and for the reasons set forth in the oral opinion delivered at the hearing held on May

26, 2026, Plaintiff's Motion for Default Judgment is GRANTED as to each of the following Defendants: 1692

They Missed One Sweatshirt, Batufary, GaoYuanZhi, Guangzhouyizushangmaoyouxiangongsi, Happynaran,

Lenernyg, Wolf clothing store, and ZSIIBO Direct. It is FURTHER ORDERED that the 30-day automatic stay

on enforcing Plaintiff's judgments, pursuant to Federal Rule of Civil Procedure 62(a), is hereby dissolved. It is

FURTHER ORDERED that Plaintiff is granted leave to serve restraining notices on Defaulting Defendants

pursuant to N.Y. C.P.L.R. § 5222. Judgment is entered in favor of Plaintiff and against the Defaulting Defendants

on Counts I and II of the Complaint. The judgment awards Plaintiff statutory damages under the Lanham Act, 15

U.S.C. § 1117(c), in the amount of $75,000 against each of the Defaulting Defendants. Plaintiff is also awarded

post-judgment interest as provided in 28 U.S.C. § 1961(a); accordingly, the case is closed.

**DATED**: New York, New York
          June 1, 2026

                              **TAMMI M. HELLWIG**
                              _____
                                 **Clerk of Court**

                                 K. Mango

                    **BY:** _____
                                **Deputy Clerk**