UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER LLC,

*Plaintiff*

v.

1692 THEY MISSED ONE SWEATSHIRT, AMIBLVOWA 7-13 DAYS SHIPPING, BATUFARY, BELLINYA, DANGHONGBURANG, GAOYUANZHI, GUANGZHOUYIZUSHANGMAOYOUXIANGONGSI, HAPPYNARAN, HUANGCHACHASHANGHANG, IN.JOY, KOSUSANILL, KUNMINGKOUTIAOSHANGMAOYOUXIANGONGSI, LENERNYG, LIUQINGRONG DIANZI, MEIWEILEYA ONLINE, NOVELTY APPAREL, ONERED, ORZMIC, WOLF CLOTHING STORE, XIAXAIXU, XIONG*STORE, YQWEL, ZENMANCHEN, ZSIIBO DIRECT and 富润发 A/K/A FU RUNFA,

*Defendants*

**24-cv-2606 (JAV)**

**ORDER DIRECTING TURNOVER**

JEANNETTE A. VARGAS, United States District Judge:

On May 24, 2026, a hearing was held on Plaintiff's Motion for Default Judgment where defendants did not make an appearance and the Court delivered an oral opinion granting Plaintiff's Motion for Default Judgment as to Defendants: 1692 They Missed One Sweatshirt, Batufary, GaoYuanZhi, Guangzhouyizushangmaoyouxiangongsi, Happynaran, Lenernyg, Wolf clothing store and ZSIIBO Direct (collectively, "Defaulting Defendants"). On June 1, 2026, Plaintiff was awarded a judgment in the amount of $75,000.00 against each of the Defaulting Defendants. ECF No. 88.

On June 1, 2026, Plaintiff filed a motion for a turnover order. ECF No. 89. Plaintiff's motion requests that the Court issue an order, pursuant to Fed. R. Civ. P. 69(a) and New York C.P.L.R. § 5225, directing the turnover of Defaulting Defendants' Assets held by Amazon.com ("Amazon"), to be applied on account of the judgments in the amount of $75,000.00 against each and every Defaulting Defendant entered on June 1, 2026. *Id.*

The Court, having considered the Memorandum of Law, Declaration of Melissa J. Levine and all accompanying exhibits thereto, the Court hereby GRANTS the Motion for a Turnover Order.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The restraints on Defaulting Defendants' Financial Accounts held by Amazon are lifted for the sole purpose of effecting the transfer of all Defaulting Defendants' Assets to Plaintiff; and

2.  Amazon shall turn over all of Defaulting Defendants' Assets held in Defaulting Defendants'

    User Accounts with Amazon, or so much of it as is sufficient to satisfy the judgment to

    Plaintiff.

SO ORDERED.
Dated:  June 5, 2026
        New York, New York

                      JEANNETTE A. VARGAS
                      United States District Judge

3